IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JAMES C. WINDING                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:09cv11-JCS

BART GRIMES and CARMELITA TAYLOR                        DEFENDANTS

*and*

JAMES C. WINDING                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 4:09cv58-JCS

RON WILLIAMS, et al.                                                  DEFENDANTS

## ORDER

The above-styled actions are hereby consolidated for all purposes. All future filings shall be made solely in Civil Action no. 4:09cv11-JCS.

The October 28, 2009 setting for the bench trial shall remain in place.

SO ORDERED this the 13th day of October, 2009.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE