IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JAMES C. WINDING**                                                                                 **PLAINTIFF**

VS.                                                                 **CIVIL ACTION NO. 4:09cv11-JCS**

**BART GRIMES and CARMELITA TAYLOR**                                   **DEFENDANTS**

consolidated with

JAMES C. WINDING                                                              **PLAINTIFF**

VS.                                                            CIVIL ACTION NO. 4:09cv58-JCS

RON WILLIAMS, et al.                                                           DEFENDANTS

## FINAL JUDGMENT

A bench trial was held in this matter on October 28, 2009. For the reasons given on the record, the Court finds in favor of Defendants on all claims. Judgment is hereby granted for Defendants, and Plaintiff's claims are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 28th day of October, 2009.

                                                          /s/ James C. Sumner
                                                          UNITED STATES MAGISTRATE JUDGE